UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Raymond Gene Gonzales, )
)
)
Debtor/Appellant, )
)
v. ) **JUDGMENT**
)
J. Nicholas Ellis, ) No. 5:13-CV-545-BR
)
Trustee/Appellee. )
)

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration of the parties' briefs regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 24 June 2013 order of the bankruptcy court is AFFIRMED. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on March 11, 2014, and served on:**

Raymond Gene Gonzales (via US Mail at 303 Cary Pines Drive, Cary, NC 27513)
Meghan E. B. Pridemore (via CM/ECF Notice of Electronic Filing)
J. Nicholas Ellis (via CM/ECF Notice of Electronic Filing)


March 11, 2014 /s/ Julie A. Richards,
Clerk of Court